# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1900
_____

The People of the State of Missouri,    *
                                        *
                    Plaintiff,          *
                                        *
John M. Oyer,                           *
                                        *
                    Appellant,          *
                                        *
Michael Johnson; Stephanie L.           *
Waughtal,                               *
                                        *
                    Plaintiffs,         *
                                        *
          v.                            *    Appeals from the United States
                                        *    District Court for the
State of Missouri, Kansas City,         *    Western District of Missouri.
Municipality Codes Administration       *
Department, Neighborhood Community      *    [UNPUBLISHED]
Service Department; Leon Ford,          *
Individually & capacity of law; Nick    *
Domann, Individually & capacity of      *
law; Virginia Lewis-Brunk,              *
Individually & corp capacity; Patricia  *
Murray, Individually & corporate        *
capacity; Magistrate Wayne Cagle;       *
Leron Ford; Lowell Gard; City of        *
Kansas City, Codes Administration       *
Department; Kansas City, Inc.; Lorna    *
Kindred; Magistrate Joseph Locascio;    *
Neighborhood Community Service          *
Department,                             *
                                        *
                    Appellees.          *

_____

No. 06-2292
_____

| | |
|---|---|
| The People of the State of Missouri; John M. Oyer, | * |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| Michael Johnson, | * |
| | * |
| Appellant, | * |
| | * |
| Stephanie L. Waughtal, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| State of Missouri, Kansas City, Municipality Codes Administration Department, Neighborhood Community Service Department; Leon Ford, Individually & capacity of law; Nick Domann, Individually & capacity of law; Virginia Lewis-Brunk, Individually & corp capacity; Patricia Murray, Individually & corporate capacity; Magistrate Wayne Cagle; Leron Ford; Lowell Gard; City of Kansas City, Codes Administration Department; Kansas City, Inc.; Lorna Kindred; Magistrate Joseph Locascio; Neighborhood Community Service Department, | * |
| | * |
| Appellees. | * |

_____

Submitted:  October 3, 2007
Filed:   October 12, 2007
_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.
_____

PER CURIAM.

John Oyer and Michael Johnson appeal the district court's[1] orders dismissing their civil-rights action for failure to state a claim and failure to provide proof of service, and denying their motions for reconsideration and relief from judgment. Having carefully reviewed the entire district court file, we deny appellants' motion to supplement the record.  We affirm the judgment for the reasons the district court provided in its various rulings.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.